# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1351

_____

Bufford McDonald,                                    *
                                                     *
               Appellant,                            *
                                                     *    Appeal from the United States
          v.                                         *    District Court for the
                                                     *    Eastern District of Arkansas.
Jay Winters, Sheriff, Pope County                    *
Sheriff's Department; John Does,                     *    **[UNPUBLISHED]**
Employees of the Pope County                         *
Sheriff's Department,                                *
                                                     *
               Appellees.                            *

_____

Submitted: June 18, 2001
Filed:  June 20, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Bufford McDonald appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed

_____

[1]The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the HONORABLE H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas.

the record and the parties' briefs, we agree that summary judgment was proper for the reasons stated by the district court.  See Liebe v. Norton, 157 F.3d 574, 578 (8th Cir. 1998) (de novo review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.